2499.   SOUTHERN EXPRESS CO. *v.* BUEHL-MEADOR CO.

HILL, C. J.   This case involves $33.50.   No material error of law was committed by the justice on the trial.   The evidence supports the verdict, and the judgment overruling the certiorari is                    *Affirmed.*

DECIDED JULY 19, 1910.

Certiorari; from Fulton superior court—Judge Ellis. January 18, 1910.

*Philip H. Alston,* for plaintiff in error.

*Ogburn, Dorsey & Shelton,* contra.

---

2511.   DEJARNETTE *v.* HOLMES.

HILL, C. J.   The controlling issues being questions of fact, and the verdict being fully supported by the evidence, and no prejudicial error of law appearing, the judgment denying another trial is                    *Affirmed.*

DECIDED JULY 19, 1910.

Action for damages; from city court of Sparta—Judge Moore. February 15, 1910.

*M. F. Adams, R. L. Merritt,* for plaintiff.

*W. H. Burwell,* for defendant.